**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0023 |
| ) | |
| **DANNY EMMANUEL DENNEVIL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated November 12, 2024, ECF No. 24, recommending that the Defendant's plea of guilty to Counts One and Two of the Indictment, a violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (a)(1)(B)(i), be accepted, and the defendant be adjudged guilty. Also before the Court is Defendant's Unopposed Motion to Accept Guilty Plea and Expedite Sentencing. (ECF No. 25.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that Defendant's Unopposed Motion to Accept Guilty Plea and Expedite Sentencing, ECF No. 25, is **GRANTED;** it is further

**ORDERED** that the Report and Recommendation, ECF No. 24, is **ADOPTED;** it is further

**ORDERED** that Defendant Danny Emmanuel Dennevil's plea of guilty as to Counts One and Two of the Indictment is **ACCEPTED**, and that Danny Emmanuel Dennevil is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. Dennevil*
Case No. 3:24-cr-0023
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 9, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 20, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 6, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 10, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **January 16, 2025, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:**  November 18, 2024                                        */s/ Robert A. Molloy*
                                                                    **ROBERT A. MOLLOY**
                                                                    **Chief Judge**